# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2024-0955
Lower Tribunal No. 2021-CA-008691-O

———————————————

GLORIA WALTON,

Appellant,

v.

WESTGATE LAKES, LLC,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

WHITE, MIZE and KAMOUTSAS, JJ., concur.


Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellant.

Ashley R. Leasure and Arielle R. Heinke, of Rissman, Barrett, Hurt, Donahue, McLain & Mangan, P.A., Tampa, and Katherine A. Gannon, Meredith M. Stephens and Hillary J. Hazeltine, of Rissman, Barett, Hurt, Donahue, McLain & Mangan, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED